UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | Case No. 11-03408-8-JRL |
| HUBERT EARL KING, JR.<br>FLORETTA SHERRELL KING, | Chapter 13 |
| Debtors. | |
| ALLISON FENDERSON, | Adversary Proceeding |
| Plaintiff, | |
| vs. | No.   11-00280-8-JRL |
| HUBERT EARL KING, JR., dba KING'S BETTER HOMES and FLORETTA SHERRELL KING, | |
| Defendants. | |

## VOLUNTARY DISMISSAL

**NOW COMES** the Plaintiff, through counsel, files her voluntary dismissal with prejudice as to Defendants Hubert Earl King, Jr., d/b/a King's Better Homes and Floretta Sherrell King as provided by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

This the 5 day of June, 2012.

HATCH, LITTLE & BUNN, L.L.P.

By: _____
Douglas Q. Wickham
Attorney for Plaintiff
N.C. State Bar No. 013991
P. O. Box 527
Raleigh, N.C.  27602-0527
(919) 856-3940
(919)856-3950 (fax)
dqwickham@hatchlittlebunn.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing *Voluntary Dismissal* upon the parties listed below by depositing a copy of the same in the U.S. Mail, postage prepaid, addressed as follows:

Travis Sasser
Attorney for Debtors/Defendants
2000 Regency Parkway, Suite 230
Cary, NC  27518

Herbert Earl King, Jr.
Floretta Sherrell King
1720 E. Ridge Heights Drive
Fuquay-Varina, NC  27526

Allison Fenderson
396 Victoria Hills Drive So.
Fuquay-Varina, NC  27526

This the 5 day of June, 2012.

HATCH, LITTLE & BUNN, L.L.P.

By: /s/ Douglas Q. Wickham
Douglas Q. Wickham
Attorney for Plaintiff
N.C. State Bar No. 013991
P. O. Box 527
Raleigh, N.C.  27602-0527
(919) 856-3940
(919) 856-3950 (fax)
dqwickham@hatchlittlebunn.com